```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
                             RENO, NEVADA
```

UNITED STATES OF AMERICA,      )    3:10-CV-00151-ECR-VPC
                               )
    Petitioner,                )    MINUTES OF THE COURT
                               )
vs.                            )    DATE: AUGUST 24, 2010
                               )
YVETTE WEAVER,                 )
                               )
    Respondent.                )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On August 2, 2010, the Court entered an Order (#6) giving the parties fourteen (14) days within which time to file points and authorities as to whether this action should be dismissed. On August 5, 2010, the Government filed a Response (#7) to our Order (#6) indicating that Respondent had complied with the IRS summonses and requesting that this case be closed. No other pleadings were filed in response to our Order (#6).

    **IT IS, THEREFORE, HEREBY ORDERED** that this case is **DISMISSED** and **CLOSED**.

    The Clerk shall enter judgment accordingly.

```
                                        LANCE S. WILSON, CLERK

                                        By        /s/
                                             Deputy Clerk
```